Timothy M. Frank (California Bar No. 263245)
timothy.frank@hnbllc.com
**HAGAN NOLL & BOYLE LLC**
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Attorney for The Football Association
Premier League Limited

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| In re 17 U.S.C. § 512(h) Subpoena to CLOUDFLARE, INC. | Case No. 2:25-mc-18<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA** |

    Pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512(h), The Football Association Premier League Limited ("Premier League") requests that the Clerk of this Court issue the attached subpoena to Cloudflare, Inc. to identify alleged infringers of Premier League's copyrights, as set forth in the attached notification of claimed infringement and declaration of counsel.[1]

Dated: March 19, 2025        Respectfully submitted,

                          By: /s/ Timothy M. Frank
                             Timothy M. Frank (California Bar No. 263245)

---

[1] 17 U.S.C. § 512(h)(4) ("If the notification filed satisfies the provisions of subsection (c)(3)(A), the proposed subpoena is in proper form, and the accompanying declaration is properly executed, the clerk shall expeditiously issue and sign the proposed subpoena and return it to the requester for delivery to the service provider.").

timothy.frank@hnbllc.com
**HAGAN NOLL & BOYLE LLC**
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Attorney for The Football Association Premier League Limited